UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:21-CV-00517

| | |
|---|---|
| CYNTHIA PUSEY VIGDOR; ROBERT VIGDOR; VANESSA KROMBEEN; VASHISTA KOKKIRALA; JESSICA HUCK; RICHARD SMITHSON; RONALD EASTER; and PROVIDENCE ANESTHESIOLOGY ASSOCIATES, P.A., on behalf of themselves and other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY; UNITEDHEALTHCARE OF NORTH CAROLINA, INC.; UMR, INC., UNITEDHEALTH GROUP INCORPORATED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446 and 28 U.S.C. § 1447, Plaintiffs, Cynthia Pusey Vigdor, Robert Vigdor, Vanessa Krombeen, Vashista Kokkirala, Jessica Huck, Richard Smithson, and Ronald Easter ("Patient Plaintiffs"), and Providence Anesthesiology Associates, P.A. ("Providence") (individually and collectively "Plaintiff(s)") move this Court to remand the above captioned case to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina. In support thereof, Plaintiffs state as follows:

1. The above named Plaintiffs are the only Plaintiffs in this action.

2. This action was commenced on August 16, 2021 by Plaintiffs in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, case number 2021 CVS 13028.

3. After accepting service on September 1, 2021, this matter was removed to federal court on September 29, 2021, by Defendants UnitedHealthcare Insurance Company, UnitedHealthcare of North Carolina, Inc., UMR, Inc., and UnitedHealth Group, Inc. (together "Defendants" or "UHC").

4. This action asserts claims based on unfair and deceptive trade practices and the North Carolina Patient Protection Act under state law. There are no claims related to or arising out of federal law.

5. Accordingly, this court does not have subject matter jurisdiction over this matter, and the matter must be remanded to State court.

6. Plaintiffs submit herewith a Memorandum in Support of this Motion.

WHEREFORE, Plaintiffs respectfully request that this motion be allowed and that this action be remanded to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina.

Respectfully submitted, this the 29th day of October, 2021.

      SMITH, ANDERSON, BLOUNT, DORSETT,
      MITCHELL & JERNIGAN, LLP

By: s/ J. Mitchell Armbruster
    J. Mitchell Armbruster
    North Carolina State Bar No. 26422
    Robert W. Shaw
    North Carolina State Bar No. 32923
    Grace A. Gregson
    North Carolina State Bar No. 52159
    Post Office Box 2611
    Raleigh, North Carolina 27602-2611
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800
    marmbruster@smithlaw.com
    rshaw@smithlaw.com
    ggregson@smithlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I certify that on October 29, 2021, I electronically filed the foregoing **MOTION TO REMAND** with the Clerk of Court, using the CM/ECF system which will send notification of such filing will be sent electronically by the ECF system to Defendants' attorneys of record as follows:

Emily C. McGowan
Alston & Bird LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
emily.mcgowan@alston.com

Matthew P. McGuire
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
matt.mcguire@alston.com

        SMITH, ANDERSON, BLOUNT, DORSETT,
        MITCHELL & JERNIGAN, LLP

        By: s/ J. Mitchell Armbruster
           J. Mitchell Armbruster
           North Carolina State Bar No. 26422
           Robert W. Shaw
           North Carolina State Bar No. 32923
           Grace A. Gregson
           North Carolina State Bar No. 52159
           Post Office Box 2611
           Raleigh, North Carolina 27602-2611
           Telephone: (919) 821-1220
           Facsimile: (919) 821-6800
           marmbruster@smithlaw.com
           rshaw@smithlaw.com
           ggregson@smithlaw.com

           *Attorneys for Plaintiffs*