UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:21-CV-00517

CYNTHIA PUSEY VIGDOR; ROBERT VIGDOR; )
VANESSA KROMBEEN; VASHISTA KOKKIRALA; )
JESSICA HUCK; RICHARD SMITHSON; RONALD )
EASTER; and PROVIDENCE ANESTHESIOLOGY )
ASSOCIATES, P.A., on behalf of themselves and other )
similarly situated persons, )
                                                   )
                Plaintiffs, )
                                 )
    v. )
                                 )
UNITEDHEALTHCARE INSURANCE COMPANY; )
UNITEDHEALTHCARE OF NORTH CAROLINA, )
INC.; UMR, INC., UNITEDHEALTH GROUP )
INCORPORATED, )
                                 )
                Defendants. )

**INDEX OF EXHIBITS TO PLAINTIFFS'
MEMORANDUM IN SUPPORT OF
MOTION TO REMAND**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Gulf-to-Bay Anesthesiology Assocs. v. UnitedHealthCare of Fla., Inc., 2018 WL 3640405 (M.D. Fla. July 20, 2018) |
| 2 | Emergency Care Servs. of Pennsylvania, P.C. v. UnitedHealth Grp., Inc., 515 F. Supp. 3d 298 (E.D. Pa. 2021) |
| 3 | Relevant portions of UHC brief in opposition to the motion for remand in Emergency Care Servs. of Pennsylvania, P.C. v. UnitedHealth Grp., Inc., 515 F. Supp. 3d 298 (E.D. Pa. 2021), which includes page 19 n. 12 |

Respectfully submitted, this the 29th day of October, 2021.

                                        SMITH, ANDERSON, BLOUNT, DORSETT,
                                         MITCHELL & JERNIGAN, LLP

                              By:    s/ J. Mitchell Armbruster
                                          J. Mitchell Armbruster
                                          North Carolina State Bar No. 26422
                                          Robert W. Shaw
                                          North Carolina State Bar No. 32923
                                          Grace A. Gregson
                                          North Carolina State Bar No. 52159
                                          Post Office Box 2611
                                          Raleigh, North Carolina 27602-2611
                                          Telephone:  (919) 821-1220
                                          Facsimile:  (919) 821-6800
                                          marmbruster@smithlaw.com
                                          rshaw@smithlaw.com
                                          ggregson@smithlaw.com

                                          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2021, I electronically filed the foregoing **INDEX OF EXHIBITS** with the Clerk of Court, using the CM/ECF system which will send notification of such filing will be sent electronically by the ECF system to Defendants' attorneys of record as follows:

Emily C. McGowan
Alston & Bird LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
emily.mcgowan@alston.com

Matthew P. McGuire
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
matt.mcguire@alston.com

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

By: s/ J. Mitchell Armbruster
J. Mitchell Armbruster
North Carolina State Bar No. 26422
Robert W. Shaw
North Carolina State Bar No. 32923
Grace A. Gregson
North Carolina State Bar No. 52159
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
marmbruster@smithlaw.com
rshaw@smithlaw.com
ggregson@smithlaw.com

*Attorneys for Plaintiffs*