# EXHIBIT G

**Exhibit G to the Declaration of Jane Stalinski**

| Ex. | Plaintiff Initials | Plan Sponsor |
|---|---|---|
| A | C.V. | Nevada Nanotech Systems |
| B | V.Kr. | Insight Global |
| C | V.K. | Kronsys, Inc. |
| D | J.H. | Italpresse USA, Inc. |
| E | R.S. | Airo Mechanical |
| F | R.E. | Sunbelt Furniture Xpress, Inc. |